# Exhibit 2








## This Week's Picks





Nike NSW Air Force 1 Shadow
Women's Shoe
$120

Nike Air Max 270 React ENG
Men's Shoe
$170

Air Jordan 1 Retro High OG
Shoe
$170

## Essentials for Your Workout



New Training and Running Gear
Shop



The HIIT-Ready Air Zoom SuperRep
Shop

## New Releases







# Men

Shoes    Clothing    Shoes $100 & Under    Sale



**DESIGNED TO HELP REDUCE INJURY**

Introducing the Nike React Infinity Run

Shop

## This Week's Picks



Nike Air VaporMax Flyknit 3
Men's Shoe
$200



Nike Renew Run
Men's Running Shoe
$90



Air Jordan 4 Retro WNTR
Shoe
$200

## New from Nike Training

| Men | Shoes | Clothing | Shoes $100 & Under | Sale |

## New from Nike Training



## Featured



New Air Max 90 Styles
Shop

Leo Baker, Leading Equality In Skateboarding

## Trending Now

# Women

Shoes   Clothing   Bras & Tights   Icon Clash



## IT TAKES COURAGE TO START

Essentials for running your first marathon, 10k or mile.

Shop

Katelyn Ohashi, Gymnastics Champion, Poet and Activist
Claire Donyanavard, Friend and Manager

## This Week's Picks



Nike Zoom Pegasus Turbo 2
Women's Running Shoe
$180



Nike Vista Lite
Women's Shoe
$100



Nike Zoom Fly 3 Premium
Women's Running Shoe
$160

Case: 1:21-cv-03199 Document #: 14-2 Filed: 06/16/21 Page 7 of 9 PageID #:576

nike.com/women

| Women | Shoes | Clothing | Bras & Tights | Icon Clash |

## New Arrivals for Your Workout



The Nike React Infinity Run

Shop



The HIIT-Ready SuperRep

Shop

## Featured Collection



ICON CLASH
Bold pieces for those who love standing out.

Shop

## More to Explore





New Releases    Men    Women    Kids    Clothing    Shoes



SWINGMAN JERSEY
# JORDAN NBA ALL-STAR 2020 COLLECTION
SHOP

## NOW IN FLIGHT



JORDAN 23 ENGINEERED
$55



JORDAN 23 ENGINEERED
$130



JORDAN 23 ENGINEERED
$120

JO
$14

