IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| NIKE, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br> Defendant. | Case No.: 1:21-CV-03199 <br><br> Judge Charles R. Norgle |

### ORDER

    Before the Court is Plaintiff's Status Report filed on June 10, 2022 [63]. The Court has reviewed the Status Report, which recounts that Defendant THDa filed a Motion to Vacate Default Judgment on May 9, 2022 [57]. Plaintiff and Defendant have since executed a settlement agreement, and Plaintiff filed a Satisfaction of Judgment as to Defendant THDa on June 10, 2022 [62]. Accordingly, Defendant THDa's Motion to Vacate Default Judgment [57] is denied as moot and the briefing schedule on the motion [61] is stricken.

IT IS SO ORDERED.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: August 16, 2022